UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE THOMPSON, JR. ,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:15-cr-00214-RJJ-1

## ORDER OF DETENTION

Defendant appeared before the undersigned judicial officer on December 17, 2015, with appointed counsel for a an arraignment, initial pretrial conference, and detention hearing on the indictment, charging him with conspiracy to distribute and possession with intent to distribute cocaine base, in violation of 18 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change. Accordingly, **IT IS HEREBY ORDERED** that defendant be remanded to the custody of the United States Attorney General pending further proceedings in this case.

    IT IS SO ORDERED.

Date: December 17, 2015

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge